■ MODANSKY BROTHERS Co. et al., Respondents, v NATIONAL STEEL CORPORATION et al., Appellants. (And Other Actions.) — In an action to recover damages, *inter alia,* for fraud and breach of contract, the defendants appeal from an order of the Supreme Court, Orange County (Isseks, J.), dated February 25, 1982, which, upon reargument, granted plaintiffs' motion to amend the complaint to increase the *ad damnum* clause and to submit a supplemental bill of particulars. Order affirmed, without costs or disbursements. Although we are affirming the order under review, we have not passed upon the merits of the theories propounded by the plaintiffs as the basis for increasing the *ad damnum* clause. Lazer, J. P., Gulotta, Brown and Boyers, JJ., concur.

■ O-CO-NEE EAST RESTAURANT, INC., Doing Business as O-CO-NEE DINER, and for All Others Similarly Situated, Respondent, v C & C CARTING AND REFUSE REMOVAL SERVICE, INC., Appellant. — In an action to recover compensatory and punitive damages for alleged overcharges in commercial refuse removal fees, defendant appeals from an order of the Supreme Court, Suffolk County (D'Amaro, J.), dated October 15, 1982, which, *inter alia,* granted plaintiff's motion to permit this action to be maintained as a class action. Order affirmed with $50 costs and disbursements. Class action certification was properly granted (see *Friar v Vanguard Holding Corp.,* 78 AD2d 83). Lazer, J. P., Gulotta, Brown and Boyers, JJ., concur.

■ OLIT ASSOCIATES, Respondent, v BRAND MANUFACTURING CORP., Appellant. — Appeal by defendant, as limited by its brief, from so much of an order of the Supreme Court, Nassau County (McGinity, J.), dated August 9, 1982, as denied its motion to vacate a default judgment previously entered against it. The appeal brings up for review so much of a further order of the same court, entered October 6, 1982, as, upon reargument, adhered to the original determination. Appeal from the order dated August 9, 1982, dismissed. That order was superseded by the order entered October 6, 1982, upon reargument. Order entered October 6, 1982, affirmed, insofar as reviewed. No opinion. Respondent is awarded one bill of $50 costs and disbursements. Damiani, J. P., Lazer, Mangano and Gibbons, JJ., concur.

■ MANDEL ROSENZWEIG, Appellant, v BROVINJE RESTAURANT, INC., et al., Respondents. — Order of the Supreme Court, Queens County (Graci, J.), dated January 25, 1983, affirmed, with one bill of costs. (We have treated the notice of appeal as a premature notice of appeal from the order.) No opinion. Titone, J. P., Gulotta, Weinstein and Bracken, JJ., concur.